IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO:07-40616
  CHAPTER 7

SANDONATO, DIANNA
SANDONATO, DOMINIC


DEBTOR(S)

_____/

### NOTICE OF PAYMENT OF DIVIDEND TREATED
### IN ACCORDANCE WITH RULE 3010

**COMES NOW** Sherry F. Chancellor, Trustee, pursuant to the Trustee's Notice of Final Dividends to Creditors, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of a check in the amount of $5.85 representing the dividend(s) treated in accordance with Bankruptcy Rule 3010 for the following claim (s)/claimant(s):

| Claim No. | Claimant | Dividend |
|---|---|---|
| 009 | Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603 | $2.20 |
| 010 | FIA Card Services<br>1000 Samoset Drive<br>Newark, DE 19713 | $3.65 |

**RESPECTFULLY SUBMITTED** this 28th day of October, 2009. .

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR, TRUSTEE
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Payment of Dividend Treated in Accordance with Rule 3010 has been furnished by the U.S. Mail Service to the Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 and Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603; FIA Card Services, 1000 Samoset Drive, Newark, DE 19713 this 28th day of October, 2009.

                                                            /s/ Sherry F. Chancellor
                                                            SHERRY FOWLER CHANCELLOR